UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

Jamar Givens,                                    Case 1:11cv558
    Plaintiff,

vs

Eric McClintic, et al.,
    Defendant(s)

**ORDER GRANTING MOTION FOR LEAVE
TO DEPOSE PLAINTIFF**

    Now before the Court is defendants' motion for leave to depose plaintiff. (Doc. 22). For good cause shown, defendants are **GRANTED** such leave under the terms and conditions set by the Superintendent of the Ohio Penal Institution at which plaintiff is incarcerated, *see* Fed. R. Civ. P. 30(a), and on the following conditions:

1. Plaintiff be provided reasonable notice, at least ten (10) days in advance of the deposition, of the time and place for taking the deposition. Fed. R. Civ. P. 30(b)(1);

2. The appropriate institution be given at least ten (10) days advance notice of the deposition;

3. All aspects of the deposition must be transcribed and no discussions off the record may take place;

4. Plaintiff may object to any question; however, he must then answer the question. If his objection is valid, it will later be sustained by the Court and his answer stricken; and

5. All questioning must be conducted in a courteous and professional manner reflecting the atmosphere of a courtroom.

**IT IS SO ORDERED.**

                                        /s/ *Stephanie K. Bowman*
                                       United States Magistrate Judge